

## NUMBER 13-08-00427-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JAIME LEAL,                                                              Appellant,

v.

CITY OF BROWNSVILLE, TEXAS,                                             Appellee.

**On appeal from the County Court at Law No. 1
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Jaime Leal, appealed a judgment entered by the County Court at Law No.

1 of Cameron County, Texas. On July 3, 2008, the Clerk of this Court notified appellant

that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e).

*See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an amended notice of

appeal with the district clerk's office within 30 days from the date of that notice. On October 14, 2008, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect were not cured within ten days. *See* TEX. R. APP. P. 42.3(b),(c). To date, the defect has not been corrected.

The Court, having considered the documents on file and appellant's failure to correct this defect, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.


PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of February, 2009.